ACCEPTED
01-15-00484-CR
FIRST COURT OF APPEALS
HOUSTON, TEXAS
7/21/2015 8:32:37 AM
CHRISTOPHER PRINE
CLERK

| | |
|---|---|
| Appellate Docket Number: | 01-15-00484 |
| Appellate Case Style: Style: | Christian Avery Norris |
| Vs. | State of Texas |

| | |
|---|---|
| Companion Case: | 01-15-00485 |

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS

7/21/2015 8:32:37 AM

CHRISTOPHER A. PRINE
Clerk

Amended/corrected statement: ☐

## DOCKETING STATEMENT (Criminal)

Appellate Court:  1st Court of Appeals

(to be filed in the court of appeals upon perfection of appeal under  TRAP 32)

| I. Appellant | II. Appellant Attorney(s) |
|---|---|
| **First Name:**    Christian | ☒ Lead Attorney |
| **Middle Name:**  Avery | **First Name:**    Syngman |
| **Last Name:**    Norris | **Middle Name:**  Rhee |
| **Suffix:** | **Last Name:**    Stevens |
| Appellant Incarcerated?    ☒ Yes ☐ No | **Suffix:**  Jr. |
| Amount of Bond: | ☐ Appointed         ☐ District/County Attorney |
| Pro Se:  ○ | ☒ Retained          ☐ Public Defender |
| | **Firm Name:**    The Law Office of Syngman R. Stevens, Jr. |
| | **Address 1:**    200 HWY 90-A, STE B |
| | **Address 2:** |
| | **City:**    Richmond |
| | **State:**    Texas              **Zip+4:**    77469 |
| | **Telephone:**    281-344-9997          ext. |
| | **Fax:**    281-344-0105 |
| | **Email:**    sstevensattorney@yahoo.com |
| | **SBN:**    24043219 |
| | Add Another Appellant/ Attorney |

| III. Appellee | IV. Appellee Attorney(s) |
|---|---|
| First Name: | ☒ Lead Attorney |
| Middle Name: | First Name: Alan |
| Last Name: | Middle Name: |
| Suffix: | Last Name: Curry |
| Appellee Incarcerated? ☒ Yes ☐ No | Suffix: |
| Amount of Bond: $0.00 | ☐ Appointed ☒ District/County Attorney |
| Pro Se: ◯ | ☐ Retained ☐ Public Defender |
| | Firm Name: Harris County District Attorney's Office |
| | Address 1: 1201 Franklin Ste 600 |
| | Address 2: |
| | City: Houston |
| | State: Texas Zip+4: 77002 |
| | Telephone: ext. |
| | Fax: |
| | Email: |
| | SBN: |

Add Another Appellee/ Attorney

## V. Perfection Of Appeal, Judgment And Sentencing

| | |
|---|---|
| Nature of Case (Subject matter or type of case): Assaultive | Was the trial by: ☐ jury or ☒ non-jury? |
| Type of Judgment: Final Judgment | Date notice of appeal filed in trial court: May 6, 2015 |
| Date trial court imposed or suspended sentence in open court or date trial court entered appealable order: April 29, 2015 | If mailed to the trial court clerk, also give the date mailed : |
| Offense charged: Assault Bodily Injury-Family Member | Punishment assessed: 4 TDC |
| Date of offense: June 20, 2014 | Is the appeal from a pre-trial order? ☐ Yes ☒ No |
| Defendant's plea: Guilty | Does the appeal involve the constitutionality or the validity of a statute, rule or ordinance? |
| If guilty, does defendant have the trial court's certificate to appeal? ☒ Yes ☐ No | ☐ Yes ☒ No |

## VI. Actions Extending Time To Perfect Appeal

Motion for New Trial: ☐ Yes ☐ No    If yes, date filed:

Motion in Arrest of Judgment: ☐ Yes ☐ No    If yes, date filed:

Other: ☐ Yes ☐ No    If yes, date filed:

If other, please specify:

## VII. Indigency Of Party: (Attach file-stamped copy of motion and affidavit)

Motion and affidavit filed: ☐ Yes ☐ No ☒ NA    If yes, date filed:

Date of hearing: ☒ NA

Date of order: ☒ NA

Ruling on motion: ☐ Granted ☐ Denied ☒ NA    If granted or denied, date of ruling:

## VIII. Trial Court And Record

Court: 230th

County: Harris

Trial Court Docket Number (Cause no):     1432555, 1432805

Trial Court Judge (who tried or disposed of the case):

First Name:     Judge Brad

Middle Name:

Last Name:     Hart

Suffix:

Address 1:     1201 Franklin, 16th Floor

Address 2:

City:     Houston

State:     Texas          Zip + 4: 77002

Telephone:     713-755-6782     ext.

Fax:

Email:

Clerk's Record:

Trial Court Clerk:     ☒ District     ☐ County

Was clerk's record requested?     ☒ Yes ☐ No

If yes, date requested: July 8, 2015

If no, date it will be requested:

Were payment arrangements made with clerk?

☐ Yes ☒ No ☐ Indigent

---

Reporter's or Recorder's Record:

Is there a reporter's record?     ☒ Yes ☐ No

Was reporter's record requested?     ☒ Yes ☐ No

Was the reporter's record electronically recorded?     ☒ Yes ☐ No

If yes, date requested: Jun 24, 2015

Were payment arrangements made with the court reporter/court recorder?     ☒ Yes ☐ No ☐ Indigent

---

☒ Court Reporter          ☐ Court Recorder
☐ Official                ☐ Substitute

First Name:     Trisha

Middle Name:

Last Name:     Matthews

Suffix:

Address 1:     1201 Franklin, 16th Floor

Address 2:

City:     Houston

State:     Texas          Zip + 4: 77002

Telephone:     713-755-6782     ext.

Fax:

Email:

## 1X. Related Matters

List any pending or past related appeals before this or any other Texas appellate court by court, docket number, and style.

Docket Number:                                  Court:

Style:

    Vs.     State of Texas

## X. Signature

Signature of counsel (or Pro Se Party)                          Date:   July 8, 2015

                                             State Bar No: 24043219

Printed Name:

Electronic Signature:  Syngman R. Stevens, Jr.              Name:  Syngman R. Stevens, Jr.
      (Optional)

## XI. Certificate of Service

The undersigned counsel certifies that this docketing statement has been served on the following lead counsel for all parties to the trial court's order or judgment as follows on  July 20, 2015        .

Signature of counsel (or pro se party)     ·          Electronic Signature: Syngman R. Stevens, Jr.
                                          (Optional)

                                       State Bar No.:   24043219

Person Served:

Certificate of Service Requirements (TRAP 9.5(e)): A certificate of service must be signed by the person who made the service and must state:

                (1) the date and manner of service;

                (2) the name and address of each person served, and

                (3) if the person served is a party's attorney, the name of the party represented by that attorney

Please enter the following for each person served:

Date Served: July 21, 2015

Manner Served: Fax

First Name: Alan

Middle Name:

Last Name: Curry

Suffix:

Law Firm Name: Harris County District Attorney's Office

Address 1: 1201 Franklin Ste 600

Address 2:

City:

State Texas Zip+4: 77002

Telephone: ext.

Fax:

Email: